*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

# MEMORANDUM OPINION

No. 04-09-00299-CR

**IN RE** Gary **WARREN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   June 3, 2009

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On May 21, 2009, relator Gary Warren filed a petition for writ of mandamus, seeking to compel the trial court to rule on his *pro se* post-conviction petition for writ of habeas corpus. Relator contends he is being "illegally restrained of his liberty by [the] sheriff." In 2009, relator was convicted of assault and was sentenced to ten months' confinement.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon Supp.

---

[1] This proceeding arises out of Cause No. 204058, styled *State v. Gary Warren*, in the County Court at Law No. 7, Bexar County, Texas, the Honorable Monica Guerrero presiding.

2008); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that "Article 11.07 provides the exclusive means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus.

Accordingly, relator's petition is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH